■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EZE ROBERTSON, Appellant. [656 NYS2d 895] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gerges, J.), rendered September 12, 1994, convicting him of attempted murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Evidence of prior uncharged crimes was properly admitted to establish the defendant's motive and intent to harm the victim *(see, People v Aviles,* 234 AD2d 466; *People v Sutton,* 220 AD2d 705; *People v Carver,* 183 AD2d 907; *People v Jones,* 173 AD2d 331; *People v Linton,* 166 AD2d 670). Moreover, the probative value of this evidence far outweighed any prejudicial effect *(see, People v Alvino,* 71 NY2d 233).

The sentence imposed was not excessive *(see, People v Suitte,* 90 AD2d 80). Sullivan, J. P., Santucci, Friedmann and McGinity, JJ., concur.